LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Daniel R. Gherardi (CA Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

*Attorneys for Nominal Defendant*
*NortonLifeLock Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELLIEMARIA TORONTO ESA, derivatively on behalf of NORTONLIFELOCK INC., <br><br> Plaintiff, <br> vs. <br><br> VINCENT PILETTE, GREGORY S. CLARK, FRANK E. DANGEARD, SUE BARSAMIAN, NORA DENZEL, PETER A. FELD, KENNETH Y. HAO, DAVID W. HUMPHREY, V. PAUL UNRUH, ERIC K. BRANDT, DALE L. FULLER, ANITA M. SANDS, SUZANNE M. VAUTRINOT, and DOES 1–30, <br><br> Defendants, <br> – and – <br><br> NORTONLIFELOCK INC., <br><br> Nominal Defendant. | CASE NO. 5:20-cv-05410-SVK <br><br> **NOMINAL DEFENDANT NORTONLIFELOCK INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NORTONLIFELOCK'S
RULE 7.1 DISCLOSURE STATEMENT
CASE NO. 5:20-CV-05410-SVK

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Nominal Defendant NortonLifeLock Inc. ("NortonLifeLock") states that it has no parent corporation and no publicly traded corporation owns 10% or more of NortonLifeLock stock.

Dated:  September 10, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (CA Bar No. 230798)
  elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Daniel R. Gherardi (CA Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA  94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

*Attorneys for Nominal Defendant NortonLifeLock Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NORTONLIFELOCK'S
RULE 7.1 DISCLOSURE STATEMENT
CASE NO. 5:20-cv-05410-SVK