LATHAM & WATKINS LLP
Elizabeth L. Deeley (Bar No. 230798)
 elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
T: +1.415.391.0600 / F: +1.415.395.8095

Andrew B. Clubok (*pro hac vice*)
Susan E. Engel (*pro hac vice*)
Stephen P. Barry (*pro hac vice*)
 andrew.clubok@lw.com
 susan.engel@lw.com
 stephen.barry@lw.com
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
T: +1.202.637.2200 / F: +1.202.637.2201

William J. Trach (*pro hac vice*)
 william.trach@lw.com
200 Clarendon Street
Boston, MA 02116
T: +1.617.948.6000 / F: +1.617.948.6001

*Attorneys for Defendants and Nominal Defendant NortonLifeLock Inc.*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIEMARIA TORONTO ESA, derivatively on behalf of NORTONLIFELOCK INC., <br><br> Plaintiff, <br><br> vs. <br><br> VINCENT PILETTE, GREGORY S. CLARK, FRANK E. DANGEARD, SUE BARSAMIAN, NORA DENZEL, PETER A. FELD, KENNETH Y. HAO, DAVID W. HUMPHREY, V. PAUL UNRUH, ERIC K. BRANDT, DALE L. FULLER, ANITA M. SANDS, SUZANNE M. VAUTRINOT, and DOES 1–30, <br><br> Defendants, <br><br> – and – <br><br> NORTONLIFELOCK INC., <br><br> Nominal Defendant. | Case No.: 3:20-cv-05410-RS <br><br> **STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES AS MODIFIED BY THE COURT** <br><br> (Civil L.R. 6-2) <br><br> Hon. Richard G. Seeborg |

| | |
|---|---|
| 1 | **WHEREAS**, on August 5, 2020, Plaintiff EllieMaria Toronto Esa ("Plaintiff") commenced this shareholder derivative action on behalf of Nominal Defendant NortonLifeLock Inc. ("NortonLifeLock") against Defendants Vincent Pilette, Gregory S. Clark, Frank E, Dangeard, Sue Barsamian, Nora Denzel, Peter A. Feld, Kenneth Y. Hao, David W. Humphrey, V. Paul Unruh, Eric K. Brandt, Dale L. Fuller, Anita M. Sands, and Suzanne M. Vautrinot (collectively, the "Individual Defendants," together with NortonLifeLock, "Defendants," and, together with Plaintiff, the "Parties"); |

**WHEREAS**, on August 5, 2020, Plaintiff EllieMaria Toronto Esa ("Plaintiff") commenced this shareholder derivative action on behalf of Nominal Defendant NortonLifeLock Inc. ("NortonLifeLock") against Defendants Vincent Pilette, Gregory S. Clark, Frank E, Dangeard, Sue Barsamian, Nora Denzel, Peter A. Feld, Kenneth Y. Hao, David W. Humphrey, V. Paul Unruh, Eric K. Brandt, Dale L. Fuller, Anita M. Sands, and Suzanne M. Vautrinot (collectively, the "Individual Defendants," together with NortonLifeLock, "Defendants," and, together with Plaintiff, the "Parties");

**WHEREAS**, Plaintiff's Verified Shareholder Derivative Complaint (the "Complaint") asserts claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, abuse of control, and unjust enrichment (collectively, the "State-Law Claims") and pursuant to Section 14(a) of the Securities Exchange Act of 1934 (the "Federal Claim");

**WHEREAS**, this case was reassigned to the Honorable Richard G. Seeborg on September 4, 2020 (Dkt. 30);

**WHEREAS**, pursuant to a docket entry on September 14, 2020, the Court scheduled an Initial Case Management Conference for November 19, 2020 (Dkt. 31);

**WHEREAS**, the Parties filed ADR Certifications on October 29, 2020 (Dkt. 42) and November 1, 2020 (Dkt. 45);

**WHEREAS**, Defendants are filing a contemporaneous motion to dismiss the Complaint on November 5, 2020 (the "Motion to Dismiss"), Plaintiff's response thereto will be due by January 14, 2021, and any reply will be due by March 1, 2021 (Dkt. 32);

**WHEREAS**, in light of the Federal Claim, Defendants contend that discovery in this action is automatically stayed pending resolution of Defendants' Motion to Dismiss pursuant to the Private Securities Litigation Reform Act of 1995, *see* 15 U.S.C. § 78u-4(b)(3)(B);

**WHEREAS**, Defendants are complying with their obligation to preserve relevant documents and information while discovery is stayed, *see* 15 U.S.C. § 78u-4(b)(3)(C); and

**WHEREAS**, in the interest of efficiency, the Parties have conferred and agree that the Initial Case Management Conference currently calendared for November 19, 2020 should be

1  continued until thirty (30) days after resolution of Defendants' contemporaneously filed Motion
2  to Dismiss, with all associated deadlines continued correspondingly;
3       **IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for
4  the Parties and subject to the Court's approval, that the Initial Case Management Conference set
5  for November 19, 2020 shall be continued to April 15, 2021. The parties will submit a joint case
6  management statement one week in advance.  All parties shall appear telephonically and must
7  contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange
8  their participation.

10  DATED:  November 5, 2020       LATHAM & WATKINS LLP

      By: */s/ Elizabeth L. Deeley*
      Elizabeth L. Deeley (CA Bar No. 230798)
       *elizabeth.deeley@lw.com*
      505 Montgomery Street, Suite 2000
      San Francisco, California  94111-6538
      Telephone:  +1.415.391.0600
      Facsimile:  +1.415.395.8095

      Andrew B. Clubok (*pro hac vice*)
      Susan E. Engel (*pro hac vice*)
      Stephen P. Barry (*pro hac vice*)
       *andrew.clubok@lw.com*
       *susan.engel@lw.com*
       *stephen.barry@lw.com*
      555 Eleventh Street, Suite 1000
      Washington, D.C. 20004
      T:  +1.202.637.2200 / F:  +1.202.637.2201

      William J. Trach (*pro hac vice*)
       *william.trach@lw.com*
      200 Clarendon Street
      Boston, MA 02116
      T:  +1.617.948.6000 / F:  +1.617.948.6001

      Daniel R. Gherardi (CA Bar No. 317771)
       *daniel.gherardi@lw.com*
      140 Scott Drive
      Menlo Park, CA  94025
      Telephone:  +1.650.328.4600
      Facsimile:  +1.650.463.2600

      *Attorneys for Defendants*

1
2
3
4  DATED:  November 5, 2020               BOTTINI & BOTTINI, INC.

5                                                By:  /s/ *Yury A. Kolesnikov*
                                            Francis A. Bottini, Jr. (SBN 175783)
6                                             *fbottini@bottinilaw.com*
                                            Albert Y. Chang (SBN 296065)
7                                             *achang@bottinilaw.com*
                                            Yury A. Kolesnikov (SBN 271173)
8                                             *ykolesnikov@bottinilaw.com*
                                            7817 Ivanhoe Avenue, Suite 102
9                                           La Jolla, California 92037
                                            Telephone: (858) 914-2001
10                                          Facsimile: (858) 914-2002
11
                                            RENNE PUBLIC LAW GROUP
12                                          Louise H. Renne (SBN 36508)
                                              *lrenne@publiclawgroup.com*
13                                          Ruth M. Bond (SBN 214582)
                                              *rbond@publiclawgroup.com*
14                                          Ann M. Ravel (SBN 62139)
15                                            *ann.ravel@gmail.com*
                                            350 Sansome Street, Suite 300
16                                          San Francisco, California 94101
                                            Telephone: (415) 848-7200
17                                          Facsimile: (415) 848-7230
18
                                            *Attorneys for Plaintiff*
19

20
   PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED.**
21

22
   DATED: 11/6/2020
23                                          _____
                                             Hon. Richard G. Seeborg
24                                           United States District Judge

25
26
27
28