**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
  ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002

**RENNE PUBLIC LAW GROUP**
Louise H. Renne (SBN 36508)
  lrenne@publiclawgroup.com
350 Sansome Street, Suite 300
San Francisco, California 94101
Telephone:  (415) 848-7200
Facsimile:   (415) 848-7230

*Attorneys for Plaintiff EllieMaria Toronto ESA*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ELLIEMARIA TORONTO ESA, derivatively on behalf of NORTONLIFELOCK INC., <br><br> Plaintiff, <br><br> vs. <br><br> VINCENT PILETTE, GREGORY S. CLARK, FRANK E. DANGEARD, SUE BARSAMIAN, NORA DENZEL, PETER A. FELD, KENNETH Y. HAO, DAVID W. HUMPHREY, V. PAUL UNRUH, ERIC K. BRANDT, DALE L. FULLER, ANITA M. SANDS, SUZANNE M. VAUTRINOT, and DOES 1–30, <br><br> Defendants, <br><br> – and – <br><br> NORTONLIFELOCK INC., <br><br> Nominal Defendant. | CASE NO. 3:20-cv-05410-RS <br><br> **STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** <br><br><br> Hon. Richard G. Seeborg |

Stipulation and [Proposed] Order re:
Briefing and Hearing Schedule on Defendants' Motion to Dismiss

1    **WHEREAS**, on August 5, 2020, Plaintiff EllieMaria Toronto ESA ("Plaintiff") commenced this shareholder derivative action on behalf of Nominal Defendant NortonLifeLock Inc. ("NortonLifeLock") against Defendants Vincent Pilette, Gregory S. Clark, Frank E. Dangeard, Sue Barsamian, Nora Denzel, Peter A. Feld, Kenneth Y. Hao, David W. Humphrey, V. Paul Unruh, Eric K. Brandt, Dale L. Fuller, Anita M. Sands, and Suzanne M. Vautrinot (collectively, the "Individual Defendants" and, together with NortonLifeLock, "Defendants" and, together with Plaintiff, the "Parties");

**WHEREAS**, Defendants filed their motion to dismiss on November 5, 2020 (Dkt. No. 46);

**WHEREAS**, pursuant to prior stipulation and order of the Court (Dkt. No. 32), Plaintiff's opposition is currently due on January 14, 2021, and Defendants' reply is due on March 1, 2021, and a hearing on the motion is currently set for March 18, 2021, at 1:30 p.m.;

**WHEREAS**, an initial case management conference is currently set for April 15, 2021, at 10:00 a.m. (Dkt. No. 50);

**WHEREAS**, due to the number and complexity of issues presented in the motion to dismiss and counsel's other professional obligations, the Parties have met and conferred and have agreed: (1) to extend the deadline for Plaintiff to respond to the motion to dismiss until January 21, 2021, and the deadline for Defendants to file a reply in further support of the motion to dismiss until March 15, 2021; and (2) to continue the hearing on the motion to dismiss to April 15, 2021, at 1:30 p.m., or such later date and time as is convenient for the Court;

**WHEREAS**, in the interest of efficiency, the Parties have conferred and agree that the Initial Case Management Conference currently calendared for April 15, 2021 should be continued to May 13, 2021, with all associated deadlines continued correspondingly; and

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to modify the briefing and hearing schedule on Defendants' motion to dismiss as set forth herein;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, and subject to approval by the Court, that:

1.  Plaintiff shall respond to Defendants' motion to dismiss by January 21, 2021;

2.  Defendants shall file the reply in further support of their motion to dismiss by

March 15, 2021;

    3.    The hearing on the motion to dismiss shall be continued to April 15, 2021, at 1:30 p.m., or such later date and time as is convenient for the Court; and

    4.    The initial case management conference shall be continued to May 13, 2021.

DATED: January 13, 2021        Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
   *fbottini@bottinilaw.com*
Yury A. Kolesnikov (SBN 271173)
   *ykolesnikov@bottinilaw.com*

    s/ *Francis A. Bottini, Jr.*
    Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002

RENNE PUBLIC LAW GROUP
Louise H. Renne (SBN 36508)
   *lrenne@publiclawgroup.com*
Ruth M. Bond (SBN 214582)
   *rbond@publiclawgroup.com*
Ann M. Ravel (SBN 62139)
   *ann.ravel@gmail.com*
350 Sansome Street, Suite 300
San Francisco, California 94101
Telephone:  (415) 848-7200
Facsimile:  (415) 848-7230

*Attorneys for Plaintiff EllieMaria Toronto ESA*

DATED: January 13, 2021        LATHAM & WATKINS LLP

    s/ *Elizabeth L. Deeley*
Elizabeth L. Deeley (SBN 230798)
   *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

|   |   |
|---|---|
| 1 | Andrew B. Clubok (*pro hac vice*) |
|   | andrew.clubok@lw.com |
| 2 | Susan E. Engel (*pro hac vice*) |
|   | susan.engel@lw.com |
| 3 | Stephen P. Barry (*pro hac vice*) |
|   | stephen.barry@lw.com |
| 4 | 555 Eleventh Street, Suite 1000 |
|   | Washington, D.C. 20004 |
| 5 | Telephone:  (202) 637-2200 |
|   | Facsimile:   (202) 637-2201 |

William J. Trach (*pro hac vice*)
william.trach@lw.com
200 Clarendon Street
Boston, MA 02116
Telephone:  (617) 948-6000
Facsimile:   (617) 948-6001

Daniel R. Gherardi (SBN 317771)
daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA  94025
Telephone:  (650) 328-4600
Facsimile:   (650) 463-2600

*Attorneys for Defendants*

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: January 13, 2021

_____
HON. RICHARD G. SEEBORG
UNITED STATES DISTRICT JUDGE