UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIEMARIA TORONTO ESA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTONLIFELOCK INCORPORATED, et al.,<br><br>    Defendants. | Case No. 20-cv-05410-RS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff has not filed an amended complaint within the time prescribed by the order granting the motion to dismiss. In the event plaintiff does not show cause within one week of the date of this order why this action should not be dismissed, it will be dismissed without further notice. The Case Management Conference set for October 14, 2021 is hereby vacated.

**IT IS SO ORDERED**.

Dated: October 7, 2021

_____
RICHARD SEEBORG
Chief United States District Judge