UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIEMARIA TORONTO ESA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTONLIFELOCK INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-05410-RS<br><br>**JUDGMENT** |

Pursuant to the dismissal order entered August 30, 2021 (Dkt. No. 69) and plaintiff's notice filed this date that she does not intend to submit an amended complaint (Dkt. No. 74), judgment is hereby entered in favor of defendants and against plaintiff. This judgment is without prejudice to the re-filing of the severed common law claims in Delaware, pursuant to the forum selection clause.

**IT IS SO ORDERED**.

Dated: October 14, 2021

_____
RICHARD SEEBORG
Chief United States District Judge