UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ELLIEMARIA TORONTO ESA, derivatively on behalf of NortonLifeLock Incorporated,

Plaintiff - Appellant,

v.

NORTONLIFELOCK, INC.; et al.,

Defendants - Appellees.

No. 21-16909

D.C. No. 3:20-cv-05410-RS
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered October 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7